IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-1692-GMS |
| v, | ) |
| | ) |
| TIME WARNER CABLE INC., TIME | ) JURY TRIAL DEMANDED |
| WARNER CABLE ENTERPRISES LLC, TWC | ) |
| COMMUNICATIONS, LLC, and TWC | ) |
| DIGITAL PHONE LLC, | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admissions *pro hac vice* of David S. Benyacar and Daniel L. Reisner, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022, to represent Defendants Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications, LLC, and TWC Digital Phone LLC in this matter.

                                                                   */s/ Kelly E. Farnan*
                                                            Kelly E. Farnan (#4395)
                                                            farnan@rlf.com
                                                            Katharine C. Lester (#5629)
                                                            lester@rlf.com
                                                            Richards, Layton & Finger, P.A.
                                                            920 N. King Street
                                                            One Rodney Square
                                                            Wilmington, DE   19801
                                                            (302) 651-7705
Dated:  February 22, 2013                      *Attorneys for Defendants*

      IT IS SO ORDERED this _____ day of February, 2013.

                                                                 _____
                                                                  United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
David S. Benyacar
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

DATE: February 21, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_/s/ Daniel Reisner_
Daniel L. Reisner
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022

DATE: February 21, 2013