IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-1692-GMS |
| v, | ) |
| | ) |
| TIME WARNER CABLE INC., TIME | ) JURY TRIAL DEMANDED |
| WARNER CABLE ENTERPRISES LLC, | ) |
| TWC COMMUNICATIONS, LLC, and | ) |
| TWC DIGITAL PHONE LLC, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FRCP 7.1, Time Warner Cable Inc., Time Warner Cable Enterprises LLC, TWC Communications, LLC and TWC Digital Phone LLC state the following:

Time Warner Cable Inc. is a publicly held company. No parent corporation or publicly held corporation owns 10% or more of Time Warner Cable Inc.'s stock.

Time Warner Cable Enterprises LLC, TWC Communications, LLC and TWC Digital Phone LLC are owned directly or indirectly by Time Warner Cable Inc. which is a publicly held company.

|  |  |
|---|---|
| | /s/ Kelly E. Farnan |
| | Kelly E. Farnan (#4395) |
| Of Counsel: | farnan@rlf.com |
| David S. Benyacar | Katharine C. Lester (#5629) |
| Daniel L. Reisner | lester@rlf.com |
| David Soofian | Richards, Layton & Finger, P.A. |
| Kaye Scholer LLP | 920 N. King Street |
| 425 Park Avenue | One Rodney Square |
| New York, NY 10022-3598 | Wilmington, DE 19801 |
| (212) 836-8000 | (302) 651-7700 |
| | *Attorneys for Defendants* |

Dated: February 22, 2013