IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 12-1692-GMS |
| v, | ) |
| | ) |
| TIME WARNER CABLE INC., TIME WARNER CABLE ENTERPRISES LLC, TWC COMMUNICATIONS, LLC, and TWC DIGITAL PHONE LLC, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 1, 2013, true and correct copies of: (i) Defendants' Disclosures Pursuant to Section 3 of the Delaware Default Standard for Discovery and (ii) Defendants' Rule 26(a) Initial Disclosures were served on the following counsel in the manner indicated:

**BY ELECTRONIC MAIL**
Richard D. Kirk
rkirk@bayardlaw.com
Stephen B. Brauerman
sbrauerman@bayardlaw.com
Bayard, P.A.

**BY ELECTRONIC MAIL**
Karen H. Bromberg
kbromberg@cohengresser.com
Francisco A. Villegas
fvillegas@cohengresser.com
Damir Cefo
dcefo@cohengresser.com
Cohen & Gresser LLP

OF COUNSEL:
David S. Benyacar
Daniel L. Reisner
David Soofian
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
(212) 836-8000

Dated: April 1, 2013

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
farnan@rlf.com
Katharine C. Lester (#5629)
lester@rlf.com
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendants*

RLF1 8416424v.1