IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>TIME WARNER CABLE INC., *et al.*,<br><br>       Defendants. | C.A. No. 12-1692-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 2, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS TIME WARNER CABLE INC.; TIME WARNER CABLE ENTERPRISES LLC; TWC COMMUNICATIONS, LLC; AND TWC DIGITAL PHONE LLC (NOS. 1-33)**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**
Kelly E. Farnan
Katharine C. Lester
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 198901

**BY E-MAIL**
David Soofian
David S. Benyacar
Daniel L. Reisner
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

| | |
|---|---|
| August 2, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | 222 Delaware Avenue, Suite 900 |
| Damir Cefo | P.O. Box 25130 |
| 800 Third Avenue | Wilmington, DE  19899 |
| New York, New York 10022 | (302) 655-5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| (212) 957-7600 | |
| | *Attorneys for Plaintiff AIP Acquisition LLC* |