**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>TIME WARNER CABLE INC., ET AL.,<br><br>                      Defendants. | C.A. No. 12-1692-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 30, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S IDENTIFICATION OF CLAIM TERMS** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Kelly E. Farnan
Katharine C. Lester
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 198901

**BY E-MAIL**

David Soofian
David S. Benyacar
Daniel L. Reisner
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

| | |
|---|---|
| August 30, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman (sb4952)* |
| COHEN & GRESSER LLP<br>Karen H. Bromberg<br>Francisco A. Villegas<br>Damir Cefo<br>800 Third Avenue<br>New York, New York 10022<br>kbromberg@cohengresser.com<br>fvillegas@cohengresser.com<br>dcefo@cohengresser.com<br>(212) 957-7600 | Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff AIP Acquisition LLC* |