## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIME WARNER CABLE INC., *et al.*, <br><br> Defendants. | C.A. No. 12-1692-GMS |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 20, 2013, copies of:

(1) **PLAINTIFF AIP ACQUISITION LLC'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-68)** and (2) this **NOTICE OF SERVICE** were served as shown:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Kelly E. Farnan | David Soofian |
| Katharine C. Lester | David S. Benyacar |
| Richards, Layton & Finger, P.A. | Daniel L. Reisner |
| 920 N. King Street | Kaye Scholer LLP |
| One Rodney Square | 425 Park Avenue |
| Wilmington, DE 198901 | New York, NY 10022 |

| | |
|---|---|
| November 20, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Vanessa R. Tiradentes* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | Sara E. Bussiere (sb5725) |
| Damir Cefo | 222 Delaware Avenue, Suite 900 |
| 800 Third Avenue | P.O. Box 25130 |
| New York, New York 10022 | Wilmington, DE  19899 |
| (212) 957-7600 | (302) 655-5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| | sbussiere@bayardlaw.com |

*Attorneys for Plaintiff AIP Acquisition LLC*