# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>TIME WARNER CABLE INC., *et al.*,<br><br>               Defendants. | C.A. No. 12-1692-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 23, 2013, copies of: (1) **ALEXANDER MASHINSKY'S OBJECTIONS AND RESPONSES TO DEFENDANTS' 12/6/13 SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS** and (2) this **NOTICE OF SERVICE** were served as shown:

| BY E-MAIL | BY E-MAIL |
|---|---|
| Kelly E. Farnan<br>Katharine C. Lester<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 198901 | David Soofian<br>David S. Benyacar<br>Daniel L. Reisner<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |

| | |
|---|---|
| December 23, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ *Stephen B. Brauerman* |
| | Richard D. Kirk (rk0922) |
| COHEN & GRESSER LLP | Stephen B. Brauerman (sb4952) |
| Karen H. Bromberg | Vanessa R. Tiradentes (vt5398) |
| Francisco A. Villegas | Sara E. Bussiere (sb5725) |
| Damir Cefo | 222 Delaware Avenue, Suite 900 |
| 800 Third Avenue | P.O. Box 25130 |
| New York, New York 10022 | Wilmington, DE  19899 |
| (212) 957-7600 | (302) 655-5000 |
| kbromberg@cohengresser.com | rkirk@bayardlaw.com |
| fvillegas@cohengresser.com | sbrauerman@bayardlaw.com |
| dcefo@cohengresser.com | vtiradentes@bayardlaw.com |
| | sbussiere@bayardlaw.com |
| | *Attorneys for Plaintiff AIP Acquisition LLC* |